## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02494-RPM

JERRY PALMERINO,

    Plaintiff,

v.

GALAXY ASSET PURCHASING, LLC, a Nevada limited liability company,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

                        BY THE COURT:

                        s/Richard P. Matsch

January 26, 2015        _____
DATE                      Richard P. Matsch, Senior District Judge